AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>JOSE MELGAR-RIVAS<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-25- 431-STE<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 15, 2025__ in the county of __Oklahoma__ in the __Western__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) and (b) | Assaulting, Resisting, or Impeding a Federal Officer Resulting in Bodily Injury |

This criminal complaint is based on these facts:

See the Affidavit of HSI Special Agent, Fidel Saenz, which is incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Fidel Saenz, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Jul 16, 2025__

_____
*Judge's signature*

City and state: __Oklahoma City, Oklahoma__    SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

## AFFIDAVIT

I, Fidel Saenz, a Special Agent (SA) with Homeland Security Investigations (HSI), having been duly sworn, depose and state as follows:

1. This Affidavit is submitted in support of an application by the United States of America for a complaint against Jose **MELGAR-RIVAS** for a violation of 18 U.S.C. § 111(a) and (b) (Assaulting, Resisting, or Impeding a Federal Officer Resulting in Bodily Injury).

2. My knowledge of the facts and circumstances alleged in this Affidavit come from my training and experience, my participation in this investigation, and my conversations with other law enforcement officers involved in this investigation. Because this Affidavit is submitted for the limited purpose of establishing probable cause to secure a complaint as described herein, it does not include every fact known to me concerning the investigation.

3. I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been employed as a Special Agent since June 2017, and I am presently assigned to the HSI office in Oklahoma City, Oklahoma (hereinafter referred to as HSI Oklahoma

1

City). As a Special Agent, I am authorized to conduct criminal investigations of violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4.  I have been involved in a wide variety of investigative matters. I have received approximately 26 weeks of specialized training at the Federal Law Enforcement Training Center in the enforcement of federal laws.

## BACKGROUND FACTS

5.  On July 15, 2025, at 7:35 am, Homeland Security Investigations (HSI) received a phone call from Enforcement and Removal Operations (ERO) Supervisory Detention and Deportation Officer (SDDO) Jason Swihart. SDDO Swihart notified HSI management an assault on an officer had taken place at/near the intersection of NW 23rd Street & N. Meridian in Oklahoma City, Oklahoma 73112. GS Browning and I immediately responded to the intersection, arriving at approximately 9:00 am.

6.  Upon arrival, ERO personnel indicated that they had attempted a vehicular traffic stop on Jose **MELGAR-RIVAS** (DOB: 09/XX/1990)[1] at/near the intersection of N.W. 23rd Street & N. Meridian Avenue (near Warren Ave). ERO Supervisory Deportation Officer (SDO) G.H. with Fugitive Operations was looking for **MELGAR-RIVAS** at 3405 N.W. 39th Street, Apartment 115, Oklahoma City, Oklahoma 73113. At approximately 7:20 am, ICE Deportation Officers noticed **MELGAR-RIVAS** leave the apartment complex with two minor children driving a red Dodge Carvan. **MELGAR-**

---

[1] **MELGAR-RIVAS** is a Honduran national who was an outstanding ICE fugitive by ERO.

2

RIVAS left the apartment complex going westbound on a service road until he reached U.S. Route 66, at which time he continued westbound on Route 66. **MELGAR-RIVAS** turned southbound on Meridian, turned westbound on N.W. 23rd Street, and dropped off the two kids at 2500 N. Sterling Avenue, Oklahoma City, Oklahoma 73127. Afterwards, **MELGAR-RIVAS** drove eastbound on N.W. 23rd Street and crossed Meridian Avenue.

7.  At/near the intersection of N.W. 23rd and N. Meridian, ERO SDO G.H., in an unmarked vehicle, activated his emergency lights and pulled over **MELGAR-RIVAS**. SDO G.H., along with two deportation officers in marked clothing, approached the vehicle, identified themselves, and ordered **MELGAR-RIVAS** to exit the vehicle. **MELGAR-RIVAS** refused to exit. SDO G.H. was able to open **MELGAR-RIVAS**'s front driver-side door. As SDO G.H. attempted to gain control of **MELGAR-RIVAS**'s left arm, **MELGAR-RIVAS** became combative, and a struggle ensued between **MELGAR-RIVAS** and SDO G.H. in the front passenger compartment of the vehicle. **MELGAR-RIVAS** was able to free one of his arms and put the vehicle into drive, fleeing from the traffic stop. As **MELGAR-RIVAS** accelerated, the driver-side door closed on SDO G.H.'s body, pinning him to the vehicle. A portion of SDO G.H.'s body was inside the vehicle, while the rest was outside the vehicle, dragging along the road. **MELGAR-RIVAS** drove at such a rapid pace that SDO G.H. remained pinned to the vehicle, unable to free himself, as his body drug along the road. Eventually, the momentum of the vehicle shifted just enough that SDO G.H. was able to free himself. SDO G.H. sustained several injuries to his left elbow, left hip, and both ankles.

8.  Based on the facts set forth in the Affidavit, I believe that there is probable cause to believe that on July 15, 2025, **MELGAR-RIVAS** assaulted, resisted, or impeded SDO G.H. while he was conducting his official duties, resulting in bodily injury to SDO G.H., in violation of 18 U.S.C. § 111(a) and (b).  I further request a warrant be issued for their arrest on this charge.

_____
Fidel Saenz
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me in my presence on this \_16th\_ day of July, 2025.

_____
SHON T. ERWIN
United States Magistrate Judge

4